**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Kelly F. Walsh
Brown  Sims
1100 Poydras 39th Floor
New Orleans LA 70163

Mark Tufts
Brown Sims
1100 Poydras 39th Floor
New Orleans LA 70163

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 28, 2021

**REHEARING ACTION: April 28, 2021**

**Docket Number: 20   00631-WCW**

**LARRY FRANCISCO**
**VERSUS**
**JM EAGLE MANUFACTORING, ET AL.**

**Writ Application from Office of Workers' Compensation - # 2 Case No. 20416**

<u>**BEFORE JUDGES**</u>:

    **Hon. Elizabeth A. Pickett**
    **Hon. Jonathan W. Perry**
    **Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **JM Eagle Manufactoring and ACE American Insurance**

**Company** has this day been

    **DENIED.**

cc: Richard Anthony Weigand, Counsel for the Applicant
   Elizabeth A. Weigand, Counsel for the Applicant